UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

JS-6

| Case No. | 2:21-cv-02176-VAP-PDx | Date | July 14, 2021 |
|---|---|---|---|
| Title | *Miguel Hernandez v. SKBB Investments, a California Limited Partnership et al* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** MINUTE ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On July 2, 2021, Plaintiff was ordered to show cause in writing no later than July 9, 2021 why this action should not be dismissed for lack of prosecution (Dkt. 11). On July 9, 2021, Plaintiff filed "Plaintiff's Response to Order to Show Re: Dismissal for Lack of Prosecution" ("Response") (Dkt. 12). The Court has reviewed the Response and finds that no good cause is shown to extend the time to serve the summons and complaint. Accordingly, the Court hereby DISMISSES this instant action for lack of prosecution.

    **IT IS SO ORDERED.**